AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>WALKER, JOHN M. | 2. Court or Organization<br><br>Second Circuit Court of Appeals | 3. Date of Report<br><br>05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Court of Appeals for the Second Circuit
157 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. | Director | U.S. Association of Constitutional Law |
| 3. | Director | Friends of CEELI |
| 4. | Member | American Society of International Law, Judicial Advisory Board |
| 5. | Director | Spencer Williams Foundation for Judicial Independence |
| 6. | Director | International Judicial Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-April | Income as Lecturer, Yale Law School | $57,936.00 |
| 2. Sept-Dec | Income as Lecturer, Yale Law School | $57,937.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dept. of State, Dept. of Justice | 4/25/13-5/3/2013 | Baghdad, Iraq | Investigative Judges' Workshop | Transportation, meals, lodging |
| 2. | Administrative Conference of the United States' | 6/13/13-6/14-2013 | Washington, DC | Plenary Session | Transportation, meals, lodging |
| 3. | Supreme Court of Montenegro/U.S. Embassy, Montenegro | 6/21/13-6/27/13 | Budva, Montenegro | Conference of Chief Justices of Eastern Europe/ Meeting at Embassy, Montenegro | Transportation, meals, lodging |
| 4. | CEELI Institute | 7/7/13-7/9/13 | Prague, Czech Republic | Annual Meeting | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, JOHN M.** | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   --COMMON STOCK-- | | | | | | | | | |
| 2.   AES CORP | A | Dividend | K | T | | | | | |
| 3.   AFC ENTERPRISES | | None | | | | | | | |
| 4.   ALLSTATE CORP | A | Dividend | K | T | | | | | |
| 5.   AMERICAN INT'L GROUP | A | Dividend | L | T | | | | | |
| 6.   AMERICAN TOWER INC | B | Dividend | L | T | | | | | |
| 7.   APPLE INC | A | Dividend | | | Buy (add'l) | 02/15/13 | J | | |
| 8.   | | | | | Sold | 03/07/13 | K | A | |
| 9.   ARTIC GLACIER INC FD | | None | | | Sold | 04/03/13 | J | | |
| 10.  ATHENA HEALTH INC | | None | M | T | Buy (add'l) | 02/04/13 | K | | |
| 11.  AT & T INC COM | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 12.  BED BATH & BEYOND | | None | L | T | Buy (add'l) | 10/17/13 | K | | |
| 13.  BERKSHIRE HATHAWAY | | None | L | T | Buy (add'l) | 10/17/13 | K | | |
| 14.  BHP BILLITON LTD SPONSORED ADR | B | Dividend | K | T | Sold (part) | 04/15/13 | K | B | |
| 15.  | | | | | Buy (add'l) | 10/17/13 | K | | |
| 16.  CARMAX | | None | L | T | | | | | |
| 17.  CHEVRON CORP | B | Dividend | L | T | Buy (add'l) | 12/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHURCH & DWIGHT CO INC | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 19. CINCINNATI BELL INC | | None | K | T | Buy (add'l) | 03/04/13 | J | | |
| 20. CLEAR MEDIA LTD. | C | Dividend | | | Sold | 10/21/13 | J | | |
| 21. CONCORD MEDICAL SVCS HOLDINGS ADR | | None | K | T | Buy (add'l) | 10/17/13 | K | | |
| 22. CREE INC | | None | J | T | Buy | 10/17/13 | J | | |
| 23. CROWN HOLDINGS | | None | K | T | | | | | |
| 24. DENNY'S CORP | | None | L | T | | | | | |
| 25. DEVON ENERGY CORP | A | Dividend | | | Buy (add'l) | 04/01/13 | K | | |
| 26. | | | | | Sold | 04/18/13 | K | | |
| 27. EL PASO PIPELINE PARTNERS LP | A | Dividend | J | T | Buy | 10/17/13 | K | | |
| 28. ENERGY TRANSFER PARTNERS LP | C | Dividend | L | T | Sold (part) | 04/15/13 | K | A | |
| 29. | | | | | Buy (add'l) | 11/14/13 | K | | |
| 30. ENSCO PLC SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 10/17/13 | K | | |
| 31. FACEBOOK INC CL A | | None | K | T | Buy (add'l) | 02/04/13 | J | | |
| 32. GENERAL ELECTRIC CO | A | Dividend | | | Sold | 05/24/13 | J | | |
| 33. GLADSTONE COMM CORP | A | Dividend | J | T | | | | | |
| 34. GOOGLE INC CL A | | None | K | T | Buy | 10/17/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GREEN MTN COFFEE ROASTERS INC | | None | L | T | Buy | 10/17/13 | L | | |
| 36. ILLUMINA INC | | None | J | T | Buy | 10/17/13 | J | | |
| 37. INTERNAP NETWORK SERVICES | | None | K | T | Buy (add'l) | 08/21/13 | J | | |
| 38. INTERNATIONAL BUSINESS MACHINES | B | Dividend | L | T | Buy (add'l) | 12/10/13 | K | | |
| 39. IRIDIUM COMMUNICATIONS | | None | J | T | | | | | |
| 40. JP MORGAN CHASE | B | Dividend | M | T | Buy (add'l) | 10/31/13 | K | | |
| 41. KINDER MORGAN ENERGY PARTNERS | B | Dividend | K | T | Buy (add'l) | 10/17/13 | K | | |
| 42. LABORATORY CORP AMER HOLDINGS | | None | K | T | Sold (part) | 04/15/13 | K | A | |
| 43. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 44. LOWES CO INC | B | Dividend | M | T | Buy (add'l) | 11/06/13 | K | | |
| 45. MARKEL CORPORATION | | None | K | T | Buy (add'l) | 12/31/13 | J | | |
| 46. MASTERCARD INC CL A | A | Dividend | M | T | Buy (add'l) | 11/08/13 | K | | |
| 47. MICROS SYSTEMS INC | | None | K | T | Buy (add'l) | 01/29/13 | J | | |
| 48. MICROSOFT CORP | B | Dividend | M | T | Buy | 09/24/13 | K | | |
| 49. | | | | | Buy (add'l) | 10/29/13 | K | | |
| 50. | | | | | Buy (add'l) | 12/12/13 | K | | |
| 51. MILLICOM INTERNATIONAL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NEOGEN CORP | | None | L | T | Buy (add'l) | 10/17/13 | K | | |
| 53. | | | | | Sold (part) | 11/05/13 | J | A | |
| 54. NII HOLDINGS | | None | | | Sold | 12/18/13 | J | | |
| 55. NOVARTIS AG SPONSORED ADR | B | Dividend | L | T | Buy (add'l) | 10/17/13 | K | | |
| 56. OPKO HEALTH INC | | None | J | T | Buy | 10/17/13 | J | | |
| 57. ORACLE CORPORATION | A | Dividend | L | T | Buy (add'l) | 10/29/13 | K | | |
| 58. PEPSICO INC | B | Dividend | L | T | Sold (part) | 08/01/13 | K | D | |
| 59. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 60. PHILIP MORRIS INTL INC COM | C | Dividend | L | T | Buy (add'l) | 10/17/13 | K | | |
| 61. PIONEER NATURAL | A | Dividend | L | T | Sold (part) | 09/20/13 | J | B | |
| 62. | | | | | Sold (part) | 09/23/13 | J | D | |
| 63. POOL CORP | A | Dividend | | | Sold (part) | 02/21/13 | J | A | |
| 64. | | | | | Sold (part) | 06/24/13 | K | D | |
| 65. | | | | | Sold | 07/26/13 | K | D | |
| 66. POPEYES LOUSIANA KITCHEN INC | | None | K | T | Spinoff (from line 3) | | | | |
| 67. PRIME INFASTRUCTURE HOLDINGS | | None | J | T | | | | | |
| 68. PROCTOR & GAMBLE | B | Dividend | L | T | Buy (add'l) | 11/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. QUALCOMM INC | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 70. REDDY ICE HOLDINGS INC | | None | J | T | | | | | |
| 71. ROSS STORES INC | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 72. ROYAL BANK CANADA | A | Dividend | J | T | Buy (add'l) | 11/29/13 | J | | |
| 73. SIX FLAGS ENTMT CORP | B | Dividend | K | T | | | | | |
| 74. SMUCKER JM & CO | B | Dividend | L | T | Buy (add'l) | 12/02/13 | K | | |
| 75. SOLARWINDS INC COM | | None | K | T | Sold (part) | 01/30/13 | J | D | |
| 76. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 77. SUPER MICRO COMPUTER INC | | None | K | T | Buy (add'l) | 02/04/13 | J | | |
| 78. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | Buy (add'l) | 10/17/13 | K | | |
| 79. TIME WARNER CABLE | B | Dividend | L | T | | | | | |
| 80. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 81. UNIVERSAL DISPLAY CORP | | None | K | T | | | | | |
| 82. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |
| 83. WALMART STORES INC | B | Dividend | L | T | Buy (add'l) | 09/03/13 | K | | |
| 84. WELLS FARGO & CO NEW | B | Dividend | L | T | Buy (add'l) | 12/02/13 | K | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 87. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 88. FIDELITY CASH | A | Interest | J | T | | | | | |
| 89. DREYFUS TREASURY PRIME INV SH | A | Dividend | N | T | | | | | |
| 90. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 91. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. --BANK ACCOUNTS-- | | | | | | | | | |
| 94. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 95. CITIBANK | A | Interest | J | T | | | | | |
| 96. PEOPLES BANK | A | Interest | J | T | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544